IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

J.R. PTACEK,                        )
                                    )
                                    )
                                    )
            Plaintiff,              )
                                    )   90-1132-CV-W-9
     vs.                            )   Civil Action No. _____
                                    )
A T & T                             )
SERVE: Registered Agent:            )
                                    )
                                    )
                                    )
                                    )
            Defendant.              )

FILED DEC 28 1990
R. F. CONNOR, CLK.
U. S. DISTRICT COURT
WEST DISTRICT OF MISSOURI

## COMPLAINT

COMES NOW the Plaintiff, J. R. Ptacek, and for his cause of action against Defendant AT&T, alleges and shows the Court as follows:

### COUNT I

1. This is a proceeding pursuant to Age Discrimination in Employment Act (ADEA), 29 U.S.C. Section 621-634, amended 1978. Jurisdiction of this Court is invoked pursuant to 29 U.S.C. Section 626 (c). This action is in the nature of a declaratory judgment with respect to plaintiff's rights against defendant for a permanent injunction restraining defendant from maintaining a policy or procedure of discriminating against plaintiff because of his age and for damages against defendants, including compensation, terms, conditions and privileges of employment, liquidated damages, reinstatement, back pay, attorney's fees, and for such other relief as the Court may deem just and equitable.

2. Said jurisdiction of this Court in invoked pursuant to 29 U.S.C. Section 626 (c). This is also a suit in equity authorized and instituted pursuant to th ADEA. According to the ADEA, the jurisdiction of this Court is invoked to secure the protection of and to redress deprivation of rights secured by that Act and providing for injunctive and other relief against discrimination in employment.

3. This a proceeding for a declaratory judgment as to plaintiff's rights and for a permanent injunction restraining defendant from maintaining a policy or procedure of discrimination against plaintiff because of his age with respect to terms and conditions of employment and the criteria utilized by defendant in determining when an employee shall be discharged.

4. The plaintiff herein is an adult, male citizen of the United States, 57 years of age, and a resident and domiciliary of Lenexa, Kansas.

5. At all times hereto and hereinafter mentioned, defendant American Telephone and Telegraph was and is an employer within the meaning of 29 U.S.C. SEction 630.

6. All actions related hereto and made the basis of this cause of action took place in the State of Missouri, specifically in the Western District of Missouri.

7. In March, 1956, plaintiff began his employment with the defendant. Plaintiff thereafter performed his duties in a satisfactory manner.

8. On November 10, 1989, following a period of harassment, plaintiff was forced to retire from his employment by the defendant.

9. Said harrassment of the plaintiff by the defendant was due to plaintiff's age.

10. The defendant intentionally forced the plaintiff to retire by presenting intolerable alternatives in working conditions. Said acts were based on the Plaintiff's age and were willful, malicious and carried out in bad faith.

11. On or about March 15, 1990, plaintiff filed a charge/notice of employment discrimination with the Equal Employment Opportunity Commission (EEOC), well within 180 days of defendant's unlawful discharge.

12. Plaintiff's charge/notice met all timeliness and jurisdictional requirements, and the EEOC thereafter directed to Plaintiff a Notice of Right to Sue. Plaintiff has, therefore, fully and completely, exhausted his administrative remedies.

13. The defendant made no effort to attempt to correct, modify or disavow its discriminatory policies.

14. The Plaintiff has no plain, adequate or complete remedy at law to redress the wrong alledged herein and this suit is the only means for securing adequate relief. Plaintiff is now suffering from and will continue to suffer irreparable injury from defendant's policies and procedures as set forth herein.

15. At all times herein mentioned, the defendant acted by and through its duly authorized servants, agents and employees then and there acting within the scope of their employment.

WHEREFORE, Plaintiff respectfully prays this Court to grant the plaintiff a permanent injunction enjoining the defendant American Telephone and Telegraph, its agents, successors, employees, and those acting in concert with them and at their discretion, from continuing to discriminate against plaintff as indicated because of his age. Plaintiff prays for judgment of reinstatement and damages against Defendant for and including compensation, terms, conditions and privileges of employment, liquidated damages, and more particularly, for back pay accrued since the date of his discharge, with interest, lost retirement and other fringe benefits, attorney's fees, and for such other relief as the Court may deem just and equitable.

Respectfully submitted this 28 day of Dec, 1990.

*[signature]*
STEPHEN C. CARUSO #29830
5600 N. E. Antioch Road
Kansas City, Missouri  64119
(816) 452-1800
Fax No. 452-2079

ATTORNEY FOR PLAINTIFF

## JURY DEMAND

Plaintiff hereby demands a jury trial on the issues in the above Complaint.



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
KANSAS CITY AREA OFFICE
911 WALNUT, 10th FLOOR
KANSAS CITY, MISSOURI 64106



RECEIVED JUN 28

James R. Ptacek
12830 West 78th Terrace
Lenexa, Kansas  66216

RE:  **Charge No. 281900557   (Ptacek v. AT&T)**

Dear Mr. Ptacek:

This is to inform you that the Commission has terminated its investigation of the above-referenced Respondent under the Age Discrimination in Employment Act (ADEA) because attempts to conciliate this charge pursuant to Section 7(d) of the ADEA were unsuccessful.

The fact that the Commission will take no further action does not affect your rights to take legal action on your own behalf. You may file suit under the ADEA upon the expiration of 60 days from the filing of your charge. Suits under the EPA may be brought at any time by an aggrieved individual. Both acts provide, however, for a two-year statute of limitations on the recovery of back wages (three years, where the violation is willful). However, for the purpose of recovery of back wages it is important that you take this action as soon as possible. The applicable statute of limitations in any particular case is determined by the courts.

On Behalf of the Commission:

May 30, 1990
Date

Joseph P. Doherty
Area Director

cc:  KCCR

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

ENTER CHARGE NUMBER
- [ ] FEPA
- [x] EEOC  281900557

_____ and EEOC
*(State or local Agency, if any)*

**NAME** *(Indicate Mr., Ms., or Mrs.)*: James R. Ptacek
**HOME TELEPHONE NO.** *(Include Area Code)*: (913) 631-8541
**STREET ADDRESS**: 12830 W. 78th Terrace
**CITY, STATE AND ZIP CODE**: Lenexa, Kansas 66216
**COUNTY**:

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

**NAME**: AT&T
**NO. OF EMPLOYEES/MEMBERS**: 15+
**TELEPHONE NUMBER** *(Include Area Code)*: (816) 654-2008
**STREET ADDRESS**: 1425 Oak
**CITY, STATE AND ZIP CODE**: Kansas City, Missouri 64106

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*:
- [ ] RACE
- [ ] COLOR
- [ ] SEX
- [ ] RELIGION
- [ ] NATIONAL ORIGIN
- [x] AGE
- [ ] RETALIATION
- [ ] OTHER *(Specify)*

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE** *(Month, day, year)*: October 16, 1989

**THE PARTICULARS ARE** *(If additional space is needed, attached extra sheet(s))*:

I believe I was discriminated against because of my age (57) in that disciplinary actions were taken against me in order to force me from my current position.

- [ ] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/13/90
Charging Party *(Signature)*

**NOTARY** - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(Day, month, and year)*

Case 4:90-cv-01132-DBB    Document 1    Filed 12/28/90    Page 6 of 7

EEOC FORM 5 MAR 84    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

# CIVIL COVER SHEET

JS 44 (Rev. 07/89)

90-1132-CV-W-9

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

JAMES R. PTACEK
12830 W. 78th Terrace
Lenexa, KS 66216

## DEFENDANTS

AT&T, INC.
Serve: W. R. Morris
1100 Walnut Street
Kansas City, MO 64106

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Johnson
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Jackson
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

FILED DEC 28 1990
WEST DISTRICT OF MISSOURI

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Stephen C. Caruso
Von Erdmannsdroff & Zimmerman
5600 N. E. Antioch Road
Kansas City, MO 64119

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Age discrimination case pursuant to 29 U.S.C. 621-634

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | LABOR | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 710 Fair Labor Standards Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | [x] 442 Employment | Habeas Corpus: | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | ☐ 871 IRS—Third Party 26 USC 7609 | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: [x] YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

ORIGINAL

DATE 12/28/90

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

Case 4:90-cv-01132-DBB   Document 1   Filed 12/28/90   Page 7 of 7